Ex. No. 1597. STATE *v.* RONALD L. SOROKA. Petition of State to reargue is denied as not being timely filed in accordance with the provisions of Rule 25 of the rules of Supreme Court. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Richard A. Ciccone,* for defendant.

APPEAL No. 73-269. MICHAEL J. BOVE III *v.* JOHN J. EGAN *et al.* Motion of appellee, John J. Egan, to dismiss appeal is granted, and the matter is remanded to the Superior Court for further proceedings. Roberts, C. J. not participating. *William F. Hague, Jr.,* for appellant. *Roberts & Willey Incorporated, David W. Carroll,* for appellee, John J. Egan.

APPEAL No. 73-275. ADELE CASTELLUCCI *v.* EUGENE CASTELLUCCI. Motion of appellee, Adele Castellucci, to dismiss appeal is denied. Appellant's motion for extension of time is granted, and appellant is allowed until February 21, 1974 for transmission of record on appeal. Roberts, C. J. and Doris, J. not participating. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for appellee. *Joseph E. Marran, Jr.,* for appellant.

C. A. No. 73-67. STATE *v.* MAUREEN ARRUDA. Motion of appellant to assign granted and matter assigned to continuous argument list. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Edward E. Dillon Jr.,* Special Asst. Attorney General, for plaintiff-appellee. *Aram K. Berberian,* for defendant-appellant.

January 23, 1974.

Ex. &c. No. 1655. STATE *v.* ANTHONY BONSANTE, SR. Motion for an attorney's fee and costs, pursuant to G. L. 1956 (1969 Reenactment) §9-24-32, is granted. Toro Law Associates, Incorporated is awarded the sum of $3,500. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Toro Law Associates, Incorporated, Eugene F. Toro,* for defendant.